Kevin Fisher
Fisher & Krekorian
PO Box 890
Santa Monica, CA 90406
Telephone: (310) 862-1225
rkf@fkslaw.net

William J. Tarnow (*pro hac vice*)
Collette A. Brown (*pro hac vice*)
Eric Y. Choi (*pro hac vice*)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
wtarnow@nge.com
cbrown@nge.com
echoi@nge.com
Telephone: (312) 269-8000

Attorneys for Plaintiff
Advanced RPO LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADVANCED RPO LLC,<br><br>Plaintiff,<br><br>v.<br><br>JH CAPITAL GROUP HOLDINGS, LLC,<br><br>Defendant. | Case No.: 2:18-CV-5178-R(AFMx)<br><br>**JUDGMENT** |

This matter coming before the Court, IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Plaintiff Advanced RPO LLC ("Plaintiff") and against Defendant JH Capital Group Holdings, LLC ("Defendant") as to all claims asserted and in the amount of $463,044.42.

Dated: March 22, 2019

_____

Manuel L. Real
United States District Judge